STATE v. INMAN

No. 140P90

Case below: 97 N.C.App. 507

Petition by defendant (Sizemore) for writ of certiorari to the North Carolina Court of Appeals denied 10 May 1990.

STATE v. McCOMBS

No. 107P90

Case below: 97 N.C.App. 510

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 10 May 1990.

STATE v. RICHARDSON

No. 17P90

Case below: 96 N.C.App. 515

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 10 May 1990. Motion by defendant to amend petition allowed 10 May 1990.

STATE v. RIGGS

No. 30PA90

Case below: 96 N.C.App. 595

Motion by defendants to dismiss appeal by the Attorney General for lack of substantial constitutional question denied 10 May 1990. Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 allowed 10 May 1990.

STEWART OFFICE SUPPLIERS, INC. v.
    FIRST UNION NAT. BANK

No. 128A90

Case below: 97 N.C.App. 353

Petition by defendant (Southern National Bank) for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to additional issues denied 10 May 1990. Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 10 May 1990.